Case 08-04339    Doc 3-1    Filed 02/26/08    Entered 02/26/08 15:11:50    Desc
Application To Pay Filing Fee In Installments    Page 1 of 2

Official Form 3
(12/03)

# United States Bankruptcy Court

In re _PETROUS, PENNY LEIGH / JOHN BRUNO_ NORTHERN District Of _ILLINOIS_
Debtor

Case No. _08-04339_

Chapter _13_

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ _274_ in installments.

2. I certify that I am unable to pay the Filing Fee except in installments.

3. I further certify that I have not paid any money or transferred any property to an attorney for services in connection with this case and that I will neither make any payment nor transfer any property for services in connection with this case until the filing fee is paid in full.

4. I propose the following terms for the payment of the Filing Fee.*

   $ _100.00_  Check one ☑ With the filing of the petition, or
               ☐ On or before _2/26/08_
   $ _68.50_  on or before _3/25/08_
   $ _68.50_  on or before _4/24/08_
   $ _37.00_  on or before _5/24/08_

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____    _____    X _[signature]_    _2/25/08_
Signature of Attorney      Date                Signature of Debtor    Date
                                               (In a joint case, both spouses must sign.)

_____                         _[signature]_         _2/25/08_
Name of Attorney                                Signature of Joint Debtor (if any)    Date

FILED
FEB 26 2008
KENNETH S. GARDNER, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DIST. OF ILLINOIS
PS REP. - SJ

---

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document. I also certify that I will not accept money or any other property from the debtor before the filing fee is paid in full.

_____
Printed or Typed Name of Bankruptcy Petition Preparer

_____                    _____
                                                            Social Security No.
_____                    (Required by 11 U.S.C. § 110(c).)
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____                   _____
Signature of Bankruptcy Petition Preparer                   Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

# United States Bankruptcy Court

_NORTHERN_ District Of _ILLINOIS_

In re _PETRULIS, PENNY LEIGH, JOHN BRUNO_
Debtor

Case No. _08-04339_

Chapter _13_

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor shall not pay any money for services in connection with this case, and the debtor shall not relinquish any property as payment for services in connection with this case.

BY THE COURT

Date: _FEB 2 6 2008_

**KENNETH S. GARDNER**
Clerk, U.S. Bankruptcy Court

_United States Bankruptcy Judge_