```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 04339
   PENNY L PETRULIS
   JOHN B PETRULIS                          CHAPTER 13

                                            JUDGE: BRUCE W BLACK
            Debtor
   SSN XXX-XX-9902     SSN XXX-XX-4727
```

---

TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 02/26/08 .

2. The case was dismissed without confirmation, 05/30/2008.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| OCWEN LOAN SVCG | CURRENT MORTG | .00 | .00 | .00 |
| OCWEN LOAN SVCG | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| REGIONS MORTGAGE | SECURED | .00 | .00 | .00 |
| REGIONS MORTGAGE | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| HSBC AUTO FINANCE | SECURED VEHIC | .00 | .00 | .00 |

Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, PRO SE DEBTOR                , was allowed $        .00
and was paid $        .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $        .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 08/20/08                     /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE

```
                        PAGE   2
   CASE NO. 08 B 04339 PENNY L PETRULIS & JOHN B PETRULIS
```